**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiffs
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LAILA ABOU TRABI, and ROBIN ABOU TRABI,<br><br>Defendants. | CASE NO.:  3:20-cv-07348-SK<br><br>**STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT; ORDER** |

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1   Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12 Plaintiffs Facebook, Inc.

2   and Instagram, LLC, and Defendants Laila Abou Trabi and Robin Abou Trabi

3   stipulate as follows:

4   Plaintiffs filed the Complaint in this action on October 20, 2020.

5   Plaintiffs have agreed to extend the time for Defendants to answer, plead, or

6   otherwise respond to Plaintiffs' Complaint to June 15, 2021.

7   Defendants make this stipulation without waiving any of their defenses or

8   objections.

9   Defendants intend to file a Rule 12(b) motion to dismiss ("Motion").

10  The parties agree that Plaintiffs' Opposition to the Motion shall be due on July

11  13, 2021, Defendants' Reply in Support of the Motion shall be due on July 20, 2021,

12  and the hearing on the Motion shall be calendared for August 9, 2021, or as soon

13  thereafter as the Court's calendar permits.

14  IT IS SO STIPULATED.

15

16  Dated:  May 19, 2021                      **HUNTON ANDREWS KURTH LLP**

17

18                                      By:   _/s/ Jeff R. R. Nelson_

19                                            Ann Marie Mortimer

20                                            Jason J. Kim
                                              Jeff R. R. Nelson

21                                            Attorneys for Plaintiffs

22                                            FACEBOOK, INC. and
                                              INSTAGRAM, LLC

23

24                                            Platform Enforcement and Litigation
                                              Facebook, Inc.

25                                            Jessica Romero

26                                            Michael Chmelar

27                                            V. RaShawn Woodley
                                              Bridget Anne Freeman

28

STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Dated:  May 19, 2021                              **DUNN & PANAGOTACOS LLP**


                                                  By:  _____/s/  Ryan T. Dunn_____
                                                           Ryan T. Dunn
                                                           James G. Higgins
                                                      Attorneys for Defendants
                                                      LAILA ABOU TRABI and
                                                      ROBIN ABOU TRABI


### Signature Attestation Pursuant to Local Rule 5-1(i)(3)

I, Jeff R. R. Nelson, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  May 19, 2021                    _____/s/ Jeff R. R. Nelson_____
                                                     Jeff R. R. Nelson


### Order

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 20, 2021                    _____
                                                     Hon. Sallie Kim
                                                     United States Magistrate Judge