UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. et. al., <br><br> Plaintiff(s), <br><br> v. <br><br> LAILA ABOU TRABI, et al., <br><br> Defendant(s). | Case No.  20-cv-07348-SK <br><br> **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: June 22, 2021    NAME: Ryan T. Dunn

*Signature*

COUNSEL FOR (OR "PRO SE"): LAILA ABOU TRABI and ROBIN ABOU TRABI.

PROOF OF SERVICE
Facebook, Inc. v. Trabi, et al
Case No. 20-cv-07348

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Dunn & Panagotacos LLP, 369 Pine Street, Suite 600, San Francisco, CA 94104. On the date indicated below, I served the within document:

1. **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

[X] (By EMAIL) by transmitting via electronic mail the documents listed above to the electronic mail address set forth below on this date:

Ann Marie Mortimer
Jason Kim
Jeffrey Nelson
Mark Johnson
HUNTON ANDREWS KURTH LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
amortimer@huntonak.com
kimj@huntonak.com
jnelson@huntonak.com
johnsonm@huntonak.com

*Attorneys for Plaintiffs*

    I have prepared the copies and/or the envelopes containing the copies to be served in accordance with the manner described above for delivery in accordance with normal practices. I further certify that I am familiar with the regular business practices of Dunn & Panagotacos LLP and I know the firm's procedures to be safe and reliable for delivery of said documents as described above.

    I certify under penalty of perjury, under the laws of the state of California and the United States of America, that the foregoing is true and correct.

    Executed on Tuesday, June 22, 2021 at Oakland, California.

_____
Maria Mahomar