UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LAILA ABOU TRABI, et al.,<br><br>    Defendants. | Case No. 20-cv-07348-SK<br><br>**ORDER STRIKING MOTION**<br><br>Regarding Docket No. 22 |

On June 21, 2021, Defendants filed a motion to dismiss based on lack of personal jurisdiction and forum *non conveniens*. After the motion was fully briefed, the parties filed a stipulation to continue the hearing pending the parties' settlement negotiations. Since then, the parties have continued to request that the hearing be postponed. In light of the lengthy delay, the Court HEREBY STRIKES the motion to dismiss. This Order is without prejudice; Defendants may refile their motion to dismiss if the parties do not settle.

The case management set for April 25, 2022, shall remain on calendar but shall be moved to 1:30 p.m.

**IT IS SO ORDERED**.

Dated: March 16, 2022

_____
SALLIE KIM
United States Magistrate Judge